Daniel J. Coplan, Esq.(Bar No. 119650)
Attorney at Law
4640 Admiralty Way, Suite 500
Marina Del Rey, CA 90292
310-822-5037

Eric Bjorgum (Bar No. 198392)
Marc Karish (Bar No. 205440)
KARISH & BJORGUM, PC
238 E. Union St., Suite A
Pasadena, CA 91101
Telephone:   (213) 785-8070
Facsimile:   (213) 995-5010

Attorneys for Plaintiff
ROBERT GOMEZ

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOMEZ, an individual,<br><br>              Plaintiff,<br><br>       vs.<br><br>VANS,INC., a Delaware corporation; VF OUTDOOR, INC., a Delaware corporation; KOHL'S DEPARTMENT STORES,INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>              Defendants. | Case No. CV12-7158 MWF (JCGx)<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL<br><br><br><br>**Complaint Filed: August 20, 2012**<br>**Trial Date:  None set** |

Pursuant to the Stipulation For Dismissal of Action by and between the parties to this action, by their respective attorneys:

1

**ORDER RE DISMISSAL OF ENTIRE ACTION**

1    IT IS HEREBY ORDERED that the parties, having resolved the claims via
2 settlement, this Action shall be and is hereby dismissed with prejudice, with each
3 party to bear its own costs, expenses, and attorney's fees.
4    IT IS FURTHER ORDERED that, notwithstanding the foregoing dismissal,
5 the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement
6 between the parties dated December 10, 2012.

8    IT IS SO ORDERED.

10 Dated: __January 7, 2013__

11                           U.S. District Court Judge

**ORDER RE DISMISSAL OF ENTIRE ACTION**